UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN FOWLKES,

    Plaintiff,

v

Case No. 1:17-cv-00953-PLM-PJG

Hon. Paul L. Maloney

GLASSEN, RHEAD, MCLEAN,
CAMPBELL & SCHUMACHER, P.L.C.,

    Defendant.

_____

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY**

    The Plaintiff hereby dismisses the within action against Defendant Glassen, Rhead, McLean, Campbell & Schumacher, P.L.C., with prejudice and without costs to either party.

                                               Respectfully submitted

January 15, 2018                                      /s/ Gary Nitzkin_____
                                                                  GARY D. NITZKIN (P41155)
                                                                   Attorney for Plaintiff
                                                                   22142 West Nine Mile Road
                                                                   Southfield, MI 48033
                                                                   (248) 353-2882
                                                                   gary@crlam.com